■ WALTER TOROMORENO, Appellant, v WELSBACH ELECTRIC CORP., Respondent, et al., Defendants. [628 NYS2d 504] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Lerner, J.), dated October 8, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lerner at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto and Florio, JJ., concur.